UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JAMES MORRIS,
                Defendant.
--------------------------------------------------------------x

**ORDER**

14 CR 768-11 (VB)

      **A status conference in this violation of supervised release matter is rescheduled for March 31, 2021, at 10:00 a.m.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

      At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number:**    (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

      **Access Code:**    1703567

Dated: March 26, 2021
       White Plains, NY

SO ORDERED:

*Vincent L. Briccetti*
Vincent L. Briccetti
United States District Judge