UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :

v.                                 :      **ORDER**

JAMES MORRIS,                      :      14 CR 768-11 (VB)
                Defendant.    :
--------------------------------------------------------------x

      **A status conference in this violation of supervised release matter is scheduled for May 5, 2021, at 10:00 a.m.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call. During a conference held by telephone on March 31, 2021, defendant waived his right to be physically present and consented to appear by telephone during the May 5, 2021, status conference.

      At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) **or** (215) 446-3662

    **Access Code:**    1703567

Dated: March 31, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge