```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/21
```

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

August 20, 2021

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**
**SO ORDERED:**
*/s/ Vincent L. Briccetti*
Vincent L. Briccetti, U.S.D.J.
Dated: 8/23/21
White Plains, NY

Conference adjourned to:
9-17-21 at 11:30 by telephone

re: *United States v. James Morris*
    14-cr-768 (VB)

Dear Judge Briccetti:

    This letter is an application to adjourn the VOSR proceeding for James Morris from August 26, 2021, to a date after September 1, 2021. I ask that the Court avoid September 15. In significant part, the violation specifications concern charges that are pending in Yonkers City Court. That Yonkers matter has not been disposed of and is next calendared for September 1. The government, by AUSA Scott Hartman, and Probation Officer Jason Lerman both consent to an adjournment.

                              Very truly yours,

                              /s/ *Theodore S. Green*

                              Theodore S. Green

cc:    All counsel (by ECF)
        U.S. Probation Officer Jason Lerman (by email)

Call in information:
888-363-4749   1703567.