# Green & Willstatter
### Attorneys at Law
### 200 Mamaroneck Avenue
### Suite 605
### White Plains, New York 10601

Theodore S. Green  
Richard D. Willstatter

(914) 948-5656  
Fax (914) 948-8730

E-mail: theosgreen@msn.com

September 10, 2021

Hon. Vincent L. Briccetti  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

    re: *United States v. James Morris*  
    14-cr-768 (VB)

Dear Judge Briccetti:

    This letter is an application, on consent of the government and the Probation Office, to adjourn the above VOSR proceeding for James Morris from September 17, 2021, to on or after October 4, 2021. I have conferred with A.U.S.A. Scott Hartman and U.S. Probation Officer Jason Lerman, and we are all in agreement that there should be an adjournment as the parties are hopeful that we will be able to propose a resolution of this matter by the adjourned date. The VOSR is principally based on a state prosecution which the parties understand either has been or is expected to be resolved with a non-criminal disposition.

                      Very truly yours,

                      /s/ *Theodore S. Green*

                      Theodore S. Green

cc:    All counsel (by ECF)  
       U.S. Probation Officer Jason Lerman (by email)

---

APPLICATION GRANTED  
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.  
Dated: 9/14/21  
White Plains, NY

Conference adjourned from 9/17/21 to: 10/13/21 at 11:30 a.m. Courtroom 620.